(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Raymond Labrie
Plaintiff(s)

v.

Centocor, Inc. &
Johnson and Johnson
Defendant(s)

Dkt. No. 1:08-cv-00193 S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Raymond Labrie hereby moves that R. Jason Richards, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Donald Migliori, Esq.
Print Name

Motley Rice, L.L.C.
Firm and Business Address

321 South Main Street

Providence, Rhode Island 02903

RI Bar ID # 4936

Email: dmigliori@motleyrice.com

Tel. # (401) 457-7708

Fax # (401) 457-7700

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date